IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 APR -7 PM 1:57

CLERK C. Adams
SO. DIST. OF GA.

| | |
|---|---|
| NATHAN NICHOLS, JR., | * |
| Plaintiff, | * |
| v. | * CV 314-044 |
| MONTGOMERY COUNTY GEORGIA; CHARLIE WILLIAMS, individually and in his official capacity; and CLARENCE SANDERS, individually and as Sheriff of the Montgomery County Sheriff's Department, | * |
| Defendants. | * |

O R D E R

On April 2, 2015, Plaintiff Nathan Nichols, Jr. filed a notice of his voluntary dismissal with prejudice in the captioned case. Upon due consideration, this Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1). **IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE.** The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear their own costs.

**ORDER ENTERED** at Augusta, Georgia, this 7th day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE